UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY LYNN HELLUMS,<br><br>                    Petitioner,<br><br>        v.<br><br>STEVE SINCLAIR,<br><br>                    Respondent. | NO:  12-CV-3090-TOR<br><br>ORDER DENYING HABEAS PETITION |

By Order filed August 19, 2012, the Court instructed Petitioner to show cause why his habeas corpus petition should not be dismissed as time-barred under 28 U.S.C. § 2244(d).   Petitioner Jeremy Lynn Hellums, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and has paid the $5.00 filing fee for this action. Respondent has not been served.

Mr. Hellums challenges his Yakima County jury conviction for attempted first degree murder with a weapon enhancement. He was sentenced on February 10, 2006, to 242 months incarceration.  Petitioner did not respond to the Order to Show Cause.  He did not demonstrate a statutory or equitable basis to toll the

ORDER DENYING HABEAS PETITION -- 1

1    running of the federal limitations period under 28 U.S.C. § 2244(d).  Therefore, for

2    the reasons set forth in the Court's previous Order, ECF No. 5, **IT IS ORDERED**

3    that the habeas petition is **DENIED** as untimely.

4            **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

5    Order, enter judgment, forward a copy to Petitioner at his last known address and

6    close the file.  The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3),

7    an appeal from this decision could not be taken in good faith, and there is no basis

8    upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.

9    App. P. 22(b).

10           **DATED** this 19th day of September 2012.

11

12                                 _s/ Thomas O. Rice_
                                 THOMAS O. RICE
13                          United States District Court Judge

14

15

16

17

18

19

20

ORDER DENYING HABEAS PETITION -- 2